Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLIN BANCROFT,

    Plaintiff,

vs.

MINNESOTA LIFE INS. CO.,

    Defendant.

NO.   2:17-cv-01312-JLR

**STIPULATED MOTION AND PROPOSED ORDER ALLOWING FOR DEPOSITION TO BE HAD TELEPHONICALLY AFTER THE DISCOVERY DEADLINE**

## STIPULATION

Pursuant to Federal Rules of Civil Procedure 16, 29 and 30, the parties jointly request that the deposition of defendant's expert witness Dr. David Grinblatt be allowed to be taken telephonically after the Court's ordered discovery deadline. The parties agree there is good reason to allow this deposition be had at a later date. Defendant's counsel has long had a vacation scheduled in this matter which is to include the final two weeks of the discovery period. *See* Dkt. 32. The parties have conferred and given their schedules and the other discovery that remains to be taken in the discovery period, have agreed to allow Dr. Grinblatt's deposition be taken shortly after the discovery

Stip. Mot. And Proposed Order re Expert Deposition - 1
Case No. 2:17-cv-01312 JLR

VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

period on June 21, 2018. This is the sole additional discovery item that the parties believe needs to be conducted after the Court's set deadline of June 11, 2018. *See* Dkt. 20.

Accordingly, the parties stipulate as follows:

The deposition of Dr. David Grinblatt may be held telephonically on June 21, 2018, with defendant agreeing to accept service on behalf of Dr. Grinblatt.

| VAN KAMPEN & CROWE PLLC<br>Attorneys for Plaintiff | KARR TUTTLE CAMPBELL<br>Attorneys for Defendant |
|---|---|
| s/ David E. Crowe<br>David E. Crowe, WSBA # 43529<br>Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile: (206) 405-2825<br>Email: dcrowe@vkclaw.com | s/ Medora A. Marisseau<br>Medora A. Marisseau, WSBA # 23114<br>J. Derek Little, WSBA # 40560<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Email: mmarisseau@karrtuttle.com<br>Email: dlittle@karrtuttle.com |

Stip. Mot. And Proposed Order re Expert Deposition - 2
Case No. 2:17-cv-01312 JLR

VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

# ORDER

It is so ORDERED.

Dated this \_\_15th\_\_ day of May, 2018.

Hon. James L. Robart
United States District Judge

*Presented by:*

| | |
|---|---|
| **VAN KAMPEN & CROWE PLLC**<br>Attorneys for Plaintiff | **KARR TUTTLE CAMPBELL**<br>Attorneys for Defendant |
| s/ David E. Crowe<br>David E. Crowe, WSBA # 43529 | s/ Medora Marisseau<br>Medora A. Marisseau, WSBA # 23114<br>J. Derek Little, WSBA # 40560 |

**Declaration of Service**

I hereby certify that on this date, I served a copy of the foregoing document via email to the following:

>Medora A. Marisseau, WSBA# 23114
>J. Derek Little, WSBA# 40560
>KARR TUTTLE CAMPBELL
>701 Fifth Avenue, Suite 3300
>Seattle, WA 98104
>Attorneys for Defendant Minnesota Life Ins. Co.
>*mmarisseau@karrtuttle.com*
>*dlittle@karrtuttle.com*

Signed at Seattle, Washington this 16th day of May, 2018.

*David Crowe*
David Crowe

Stip. Mot. And Proposed Order re Expert Deposition - 3
Case No. 2:17-cv-01312 JLR

**VAN KAMPEN& CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353