UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLIN BANCROFT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. C17-1312JLR<br><br>ORDER REGARDING ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

In preparing for oral argument concerning the parties' cross motions for summary judgment (Dkt. ## 29, 35), the parties should be prepared to address the admissibility of the opinions and testimony of Plaintiff Colin Bancroft's expert witness, Mr. Don Kelley.

//

//

//

//

In particular, the court is concerned that Mr. Kelley is offering legal conclusions in the guise of expert testimony and medical opinions for which he is not qualified.

Dated this 10th day of July, 2018.

JAMES L. ROBART
United States District Judge